UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHAN SUK KIM, | ) | |
| | ) | CASE NO: 21-52662 |
|       Debtor | ) | |
| _____ | ) | |

**AMENDMENT TO STATEMENT OF SCHEDULE E/F, SUMMARY OF YOUR ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION AND <u>DECLARATION ABOUT AN INDIVIDUAL DEBTOR'S SCHEDULES</u>**

Comes Now Chan Suk Kim, Debtor in the above referenced Chapter 7 case, and hereby amends:

Schedule E/F amended to add the following creditor:

Berman Fink Van Horn, P.C.
3475 Piedmont Rd. NE
Suite 1100
Atlanta, GA 30305

Attached are the amended Schedule E/F, Summary of Your Assets and Liabilities and Certain Statistical Information and Declaration About and Individual Debtor's Schedules.

Dated: May 10, 2021                  ROUNTREE, LEITMAN & KLEIN, LLC

<u>/s/*William A. Rountree*</u>
William A. Rountree, Ga. Bar No. 616503
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329
Tel: (404) 584-1238
Fax: (404) 704-0246
wrountree@rlklawfirm.com

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Chan Suk Kim** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 21-52662 | | |

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                                                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|      |                                      |                                     | Total claim | Priority amount | Nonpriority amount |
|------|--------------------------------------|-------------------------------------|-------------|-----------------|--------------------|
| 2.1  | **Georgia Department of Revenue**    | Last 4 digits of account number     | $0.00       | $0.00           | $0.00              |
|      | Priority Creditor's Name             |                                     |             |                 |                    |
|      | 1800 Centrury Center Blvd            | When was the debt incurred?         |             |                 |                    |
|      | Suite 9100                           |                                     |             |                 |                    |
|      | Atlanta, GA 30345                    |                                     |             |                 |                    |
|      | Number Street City State Zip Code    | As of the date you file, the claim is: Check all that apply | | | |
|      | **Who incurred the debt?** Check one. | ☐ Contingent                       |             |                 |                    |
|      | ■ Debtor 1 only                      | ☐ Unliquidated                      |             |                 |                    |
|      | ☐ Debtor 2 only                      | ☐ Disputed                          |             |                 |                    |
|      | ☐ Debtor 1 and Debtor 2 only         | **Type of PRIORITY unsecured claim:** | | | |
|      | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
|      | ☐ Check if this claim is for a community debt | ■ Taxes and certain other debts you owe the government | | | |
|      | **Is the claim subject to offset?**  | ☐ Claims for death or personal injury while you were intoxicated | | | |
|      | ■ No                                 | ☐ Other. Specify _____     |             |                 |                    |
|      | ☐ Yes                                | **Notice Only**                     |             |                 |                    |

| | |
|---|---|
| Debtor 1 **Chan Suk Kim** | Case number (if known) **21-52662** |

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | **Internal Revenue Service**<br>Priority Creditor's Name<br>**PO Box 7346**<br>**Philadelphia, PA 19101**<br>Number Street City State Zip Code | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only**

| | | | | | |
|---|---|---|---|---|---|
| 2.3 | **Jung Lee Yu**<br>Priority Creditor's Name<br>**1350 Bellmont Dr.**<br>**Suwanee, GA 30024**<br>Number Street City State Zip Code | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify **Extensions of credit in an involuntary case**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

   **Total claim**

| Debtor 1 | Chan Suk Kim | | Case number (if known) | 21-52662 |

---

**4.1** **Berman Fink Van Horn, P.C.**
Nonpriority Creditor's Name
3475 Piedmont Rd. NE
Suite 1100,
Atlanta, GA 30305
Number Street City State Zip Code

Last 4 digits of account number _____    $5,257.22

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.2** **Kwang Bin Lim**
Nonpriority Creditor's Name
304 Knelton Oaks Dr.
Suwanee, GA 30024
Number Street City State Zip Code

Last 4 digits of account number _____    $150,000.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt**

---

**4.3** **Priority Payment Systems, Inc.**
Nonpriority Creditor's Name
2001 Westside Pkwy.
Ste. 155
Alpharetta, GA 30004
Number Street City State Zip Code

Last 4 digits of account number _____    $482,116.67

When was the debt incurred?  **7/20/20**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt**

---

Debtor 1  Chan Suk Kim                                                                         Case number (if known)  21-52662

| 4.4 | **Priority Payment Systems, Inc.** | Last 4 digits of account number _____ | $564,328.24 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | 2001 Westside Pkwy. | When was the debt incurred?  7/2/20 | |
| | Ste. 155 | | |
| | Alpharetta, GA 30004 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.5 | **Priority Payment Systems, Inc.** | Last 4 digits of account number _____ | $1,000,000.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | 2001 Westside Pkwy. | When was the debt incurred?  8/11/20 | |
| | Ste. 155 | | |
| | Alpharetta, GA 30004 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | |

Debtor 1  **Chan Suk Kim**                                                  Case number (if known)  **21-52662**

| | | | | |
|---|---|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 0.00<br>2,201,702.13 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 2,201,702.13 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Chan Suk Kim | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number  21-52662
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
**Value of what you own**

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B................................................................. $ 0.00

   1b. Copy line 62, Total personal property, from Schedule A/B..................................................... $ 3,800.00

   1c. Copy line 63, Total of all property on Schedule A/B................................................................. $ 3,800.00

### Part 2:   Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................. $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... $ 2,201,702.13

   **Your total liabilities**   $ 2,201,702.13

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................ $ 3,333.33

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*....................................................................... $ 3,333.33

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Chan Suk Kim** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 21-52662 | | |

☐ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes.   Name of person _____.   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Chan Suk Kim                                    X _____
**Chan Suk Kim**                                          Signature of Debtor 2
Signature of Debtor 1

Date   **May 10, 2021**                              Date _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| **CHAN SUK KIM,** ) | |
| ) | CASE NO: 21-52662 |
| **Debtor** ) | |
| _____) | |

**CERTIFICATE OF SERVICE**

This is to certify that on May 10, 2021, I electronically filed the foregoing amended Schedule E/F, Summary of Your Assets and Liabilities and Certain Statistical Information and Declaration About and Individual Debtor's Schedules with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing. I also certify that on May 10, 2021, I served a copy of the foregoing upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed to:

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

Berman Fink Van Horn, P.C.
3475 Piedmont Rd. NE
Suite 1100
Atlanta, GA 30305

Dated: May 10, 2021

ROUNTREE, LEITMAN & KLEIN, LLC

/s/ *William A. Rountree*
William A. Rountree, Ga. Bar No. 616503
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329
Tel: (404) 584-1238
Fax: (404) 704-0246
wrountree@rlklawfirm.com

## SUPPLEMENTAL LIST CREDITORS

Berman Fink Van Horn, P.C.
3475 Piedmont Rd. NE
Suite 1100
Atlanta, GA 30305