# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 21-52662-lrc
**Case Name:** Kim, Chan Suk
**For Period Ending:** 03/31/2022

**Trustee Name:** (300620) Michael J. Bargar
**Date Filed (f) or Converted (c):** 04/01/2021 (f)
**§ 341(a) Meeting Date:** 05/10/2021
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2 TVs, Computer, 2 Cell Phone | 1,500.00 | 0.00 | | 0.00 | FA |
| 2 | Clothing and Shoes | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Watch, rings | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Kwang Lim Business torts<br>Trustee has valued this claim at $1.00 as a placeholder while he investigates its true value. | Unknown | 1.00 | | 0.00 | 1.00 |
| 5 | **Assets    Totals**    (Excluding unknown values) | **$3,800.00** | **$1.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

3/31/22 - Trustee is monitoring a pending discharge adversary proceeding and investigating possible recoveries related to allegations in that matter.

**Initial Projected Date Of Final Report (TFR):**    12/31/2023        **Current Projected Date Of Final Report (TFR):**    12/31/2023