**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Chan Suk Kim**
6257 Clapham Ln.
Johns Creek, GA 30097

**xxx−xx−6339**

Case No.: **21−52662−lrc**
Chapter: **7**
Judge: **Lisa Ritchey Craig**

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**9/27/22** at **10:00 AM**
**Meeting will be telephonic. To attend, Dial: 866−909−7148 and enter: 4958999, when prompted for participation code.**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors , the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated: September 15, 2022

M. Regina Thomas
Clerk of Court

Form 424